# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 28, 2010

Before

FRANK H. EASTERBROOK, *Chief Judge*

WILLIAM J. BAUER, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

**No.**  09-3092

LEE MERCADO, *et al.*,
    *Plaintiffs-Appellees*,

**v.**

THOMAS J. DART, Sheriff of Cook County, Illinois,
    *Defendant-Appellant*.

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.

No. 06 C 552
Matthew F. Kennelly, *Judge*.

## Order

The slip opinion of this court issued on April 28, 2010, is amended as follows:

Page 1, first line of opinion, change "detailed" to "detained".